**Order entered November 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00149-CR

**KIERSTON RESCHKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 11CL-1081-2**

## ORDER

The Court **REINSTATES** the appeal.

On October 21, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant is not indigent; (2) appellant did not pay for the reporter's record; and (3) appellant has abandoned her appeal.

We **ORDER** the appeal submitted as of the date of this order, without the reporter's record and briefs, to a panel consisting of Justices FitzGerald, Lang, and Brown.

/s/     LANA MYERS
          JUSTICE